September 03, 2004

Mr. G. Luke Ashley
Thompson & Knight, L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Mr. Luke Madole
Carrington Coleman Sloman & Blumenthal, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201

RE: Case Number: 02-0690
 Court of Appeals Number: 05-02-01104-CV
 Trial Court Number: 01-7465-C

Style: IN RE THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND FOUR
 PARTNERS, L.L.C. D/B/A PRIZM PARTNERS

Dear Counsel:

 Today the Supreme Court of Texas granted the motion to amend real
parties in interest's response and delivered the enclosed opinions in the
above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Earl Bullock |
| |Ms. Lisa Matz |
| |Honorable Robert C. |
| |Jenevein |